JOHANNES E. SCHROEDER et al., as Ancillary Administrators of the Estate of JOHANNES E. SCHROEDER, Deceased, Appellants, *v.* ALBION L. PAGE, as Ancillary Executor of JOHN M. YOUNG, Deceased, Respondent.

*Schroeder* v. *Page*, 124 App. Div. 938, affirmed.
(Argued January 25, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 25, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover damages alleged to have been sustained by plaintiffs' intestate through the misconduct of the defendant's testator while acting under a power of attorney.

*Edward A. Alexander* for appellants.

*Alfred B. Cruikshank* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, HISCOCK and CHASE, JJ. Absent: WILLARD BARTLETT, J.